1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY HEARNE,                              No.  2:16-cv-1605 AC P

12                   Plaintiff,

13          v.                                     ORDER

14    HARDEE, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has submitted a copy of his prison trust account statement (ECF No. 2),

19    however, the statement has not been certified by prison staff and plaintiff has not filed an in

20    forma pauperis affidavit.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

21    opportunity to submit the appropriate affidavit in support of a request to proceed in forma

22    pauperis and a certified trust account statement for the six-month period immediately preceding

23    the filing of this action.

24          In accordance with the above, IT IS HEREBY ORDERED that:

25          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

26    support of his request to proceed in forma pauperis on the form provided by the Clerk of Court.

27    The affidavit must be accompanied by a certified trust account statement for the six-month period

28    immediately preceding the filing of this action.  Plaintiff's failure to comply with this order will

                                                    1

result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 20, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2