UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE, | No. 2:16-cv-1605 AC P |
| Plaintiff, | |
| v. | ORDER |
| HARDEE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 5.

By order filed July 21, 2016, plaintiff was given thirty days to submit a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement. ECF No. 4. Thirty days have now passed and plaintiff has not submitted the required documents or otherwise responded to the order. Plaintiff will be given an additional thirty days to provide a completed affidavit in support of his request to proceed in forma paupers. Failure to comply with this order will result in dismissal of this action.

Plaintiff is advised that the court recently began using a new application to proceed in forma pauperis, which authorizes the California Department of Corrections and Rehabilitation to provide a certified copy of plaintiff's trust account statement directly to the court. Therefore,

1

1  instead of having plaintiff submit a certified copy of his trust account statement with his
2  application, he will be provided a copy of the new form, which he should complete and file in this
3  case so that the court may obtain a certified copy of his trust account statement directly from the
4  California Department of Corrections and Rehabilitation.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
7  Pauperis By a Prisoner.
8       2.  Within thirty days from the date of this order, plaintiff shall submit the completed
9  Application to Proceed In Forma Pauperis By a Prisoner that he receives from the court so that
10 the court may obtain a certified copy of his trust account statement.  Plaintiff's failure to comply
11 with this order will result in dismissal of this action.
12 DATED: September 6, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE