UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE, | No. 2:16-cv-1605 AC P |
| Plaintiff, | |
| v. | ORDER |
| HARDEE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 5.

By order filed September 7, 2016, plaintiff was ordered to file a completed in forma pauperis affidavit that authorized the court to obtain a certified copy of his prison trust account statement. ECF No. 6. Plaintiff had failed to respond to a previous order directing him to file a completed in forma pauperis affidavit and certified trust account statement, and was cautioned that further failure to comply would result in dismissal of this action. The thirty-day period has now expired and plaintiff has not responded to the court's order and has not filed the required affidavit.

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

2 DATED: October 25, 2016

                                               */s/ Allison Claire*
                                       ALLISON CLAIRE
                                       UNITED STATES MAGISTRATE JUDGE